UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                               CASE NO.: 20-12097-MBK
                                                                                                  CHAPTER 13

Brian L West ,

   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
130 CLINTON ROAD, SUITE 202,
FAIRFIELD, NJ 07004

                                                         RAS Citron, LLC
                                                         Attorney for Secured Creditor
                                                         130 Clinton Road, Suite 202,
                                                         Fairfield, NJ 07004
                                                         Telephone: 470-321-7112

                                                         By: /s/Aleisha C. Jennings
                                                             Aleisha C. Jennings, Esquire
                                                            Email: ajennings@rasnj.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Brian L West
510 Washington Avenue
Burlington, NJ 08016

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street  Suite 502
Philadelphia, PA 19107

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                    RAS Citron, LLC
                                                    Attorney for Secured Creditor
                                                    130 Clinton Road, Suite 202,
                                                    Fairfield, NJ 07004
                                                    Telephone: 470-321-7112

                                                    By: /s/Aleisha C. Jennings
                                                    Aleisha C. Jennings, Esquire
                                                    Email: ajennings@rasnj.com