|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Brian L West<br><br><br><br>Debtor(s) |

Case No. 20-12097 / MBK

Hearing Date: June 24, 2020 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

# TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**A current market analysis** - for Chestnut Street property (or proof that property was sold at Sheriff's Sale).

**Domestic Support Obligation information**

**A copy of the last filed tax return** - : 2019 tax return by 8/15/20.

**A copy of the homeowner's insurance renewal declaration** - for Chestnut Street property (or proof that property was sold at Sheriff's Sale).

**A copy of the deed** - for Chestnut Street property (or proof that property was sold at Sheriff's Sale).

**The debtor(s) plan consists of unnecessary or excessive expense items, such as: $250 entertainment, $600 DSO (need proof), $1,800 non-debtor student loans and credit cards (need proof).**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): - There is $5,899 monthly disposable income per Form 122c, as filed, which requires a $353,940 minimum dividend for general unsecured creditors.**
**- The $2,083.48 pension loan deduction on Sch I for non-debtor spouse should have been paid off in April based upon the balance reflected on her pay stub from the State of NJ.**
**- Income documentation provided verifies higher ($6,462/$5,162) than scheduled ($4,944/$2,521).**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo

Albert Russo  
Standing Chapter 13 Trustee  
by: David Martin, Staff Attorney